UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:02CR00563 ERW |
| | ) | |
| ROMEL C. MURPHY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Thomas C. Mummert, III on several motions to suppress. Defendant timely filed objections. After considering the original motions to suppress and the Magistrate's recommendation, the Court adopts the Magistrates's Report and Recommendation as the opinion of the Court.

Therefore,

**IT IS HEREBY ORDERED** that Defendant's Motions to Suppress In-Court and Out-of-Court Identification Testimony [docs # 15 and # 16] are **DENIED** .

**IT IS FURTHER ORDERED** that Defendant's Motion to Suppress Evidence and Statements [doc. # 17] is **DENIED** .

Dated this 6th day of January, 2003.

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE

1



UNITED STATES DISTRICT COURT -- EASTERN MISSOURI
INTERNAL RECORD KEEPING


AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE
FOLLOWING INDIVIDUALS ON 01/07/03 by mberg
          4:02cr563     USA vs Murphy


COPIES FAXED AND/OR MAILED TO THE PARTIES LISTED BELOW AND THE
UNITED STATES PROBATION OFFICE AND UNITED STATES PRETRIAL SERVICE OFFICE.
IF THIS IS A JUDGMENT IN A CRIMINAL CASE SEND CERTIFIED COPIES TO THE
FOLLOWING:    4 Certified Copies to USM
              2 Certified Copies to USP
              1 Copy to Financial
              1 Copy to O.S.U.

Janis Good -                          Fax: 314-421-3177
Matthew Schelp -   94363              Fax: 314-539-7695


SCANNED & FAXED BY

JAN - 7 2003

K H