PROB 12C
(12/98)

# United States District Court

## for

## Eastern District of Missouri

FILED
JUL 2 0 2004
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

### First Amended Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Romel C. Murphy                             Case Number: 4:02CR00563 ERW

Name of Sentencing Judicial Officer:   The Honorable E. Richard Webber
United States District Judge

Date of Original Sentence: April 1, 2003

Original Offense: Cts. 1-3: Bank Fraud

Original Sentence: 7 month(s) prison, 48 month(s) supervised release

Type of Supervision: Term Of Supervised Release       Date Supervision Commenced: May 19, 2003
                                                      Expiration Date: May 18, 2007

Assistant U.S. Attorney: Matthew T. Schlep                     Defense Attorney: Janis C. Good

## PETITIONING THE COURT

To amend the original petition to include additional violations which are noted in bold.

The following is taken from a Violation Report from the Western District of Tennessee (WDTN) where the offender has been supervised since October 22, 2003.

**Violation Number**

**General Condition: The defendant shall not commit another federal, state, or local crime.**

Nature of Noncompliance

**On July 4, 2004, Murphy was arrested at the Harrah's Casino by the Missouri Highway Patrol Gaming Division.**

**Murphy attempted to cash a check for $1500, however, the cage supervisor notified law enforcement. The supervisor believed the identification Murphy was using was fake because she recognized the person in the photograph. The check was not cashed and Murphy was contacted by a highway patrol officer. After being taken to an office and questioned, it was discovered through a faxed photograph from the U.S. Marshals that Murphy was the person being questioned and he was trying to use the identity of David P. Fournier.**

**Murphy stated he bought the identification and social security card for $1,000. He signed a consent to search form and his 2004 Chevrolet Avalanche was searched. The officer found a BB gun, another**

PROB 12C
(12/98)

2

Romel C. Murphy
4:02CR00563 ERW

checkbook in Fournier's name, a local address from mail in Fournier's name, and a local address from mail in Murphy's name. It was also discovered that the vehicle was recently purchased in Fournier's name. On the vehicle invoice was Murphy's address in Indianapolis, Indiana and two telephone numbers.

**The police report advised they would be applying for a warrant for the offenses of Forgery, Fraud, and Identity Theft.**

Violation Number

Condition #1: You shall not leave the judicial district without permission of the Court or probation officer.

Nature of Noncompliance

On or about December 15, 2003, Murphy left the Western District of Tennessee and traveled to St. Louis, Missouri without permission.

Violation Number

Condition #2: You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.

Nature of Noncompliance

Murphy failed to submit written monthly reports for the months of October and November 2003 within the first five days of each month.

Violation Number

Condition #3: You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

Nature of Noncompliance

Murphy was instructed to report to the probation office in the WDTN on December 15, 2003, and April 5, 14, 21, 2004. Murphy failed to report for all of the appointments.

Violation Number

Condition #5: You shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.

Nature of Noncompliance

Murphy failed to work regularly at a lawful occupation for the months of March and April 2004.

Violation Number

Condition #6: You shall notify the probation officer ten days prior to any change of residence or employment.

PROB 12C
(12/98)

3

Romel C. Murphy
4:02CR00563 ERW

### Nature of Noncompliance

Murphy failed to notify the probation officer in the WDTN that he moved from his residence, and left his employment on or about March 10, 2004. According to Murphy's father, the offender left his residence on or about March 10, 2004, and was residing at an unknown location in Tennessee with friends.

### Violation Number

Condition #10: You shall permit a probation officer to visit at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.

### Nature of Noncompliance

Murphy failed to permit the probation officer in the WDTN to visit him at home or elsewhere, and made himself unavailable for supervision beginning or about March 10, 2004.

### **Previous Violations**

**There are no previous violations.**

U.S. Probation Officer Recommendation:

It is recommended that the original petition be amended to include the new violation.

| Approved, | Respectfully submitted, |
|---|---|
| by Patricia M. Doherty<br>Supervising U.S. Probation Officer<br>Date: 7/15/04 | by Jo Cooper<br>U.S. Probation Officer<br>Date: July 15, 2004 |

THE COURT ORDERS:

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons   Appearance Date and Time: _____
[ ] Other
[v] original petition be amended

Signature of Judicial Officer

July 19, 2004
Date

J:\AutoForms\Probation\tjb\forms\Murphy, Romel C\Murphy, Romel C. #33947 Prob12Camend.wpd